✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                          MASSACHUSETTS

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.

NEURELL CARR; MICHAEL MCDONALD            Case Number:  MJ04-M-282 JLA

| PRESIDING JUDGE ALEXANDER | | PLAINTIFF'S ATTORNEY DAVID TOBIN | | DEFENDANT'S ATTORNEY MOSCARDELLI, HAYDEN | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 12/7/04 | | COURT REPORTER DIGITAL RECORDING | | COURTROOM DEPUTY REX BROWN | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12/7/04 | direct | | PETER DARLING, S/A, I.C.E. |
| X | | 12/7/04 | cross | | PETER DARLING, S/A, I.C.E. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.